*Charles S. Aronstane* and *Henry Pleus* for appellant.
*Sidney J. Loeb* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-
LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

HENDERSON TIRE AND RUBBER COMPANY, INC., Appellant,
v. P. K. WILSON & SON, INC., et al., Respondents.

*Contract — action to recover on contract for manufacture and sale —
defense of failure to deliver in accordance with contract and of defect
in quality.*

*Henderson Tire & Rubber Co., Inc., v. Wilson & Son, Inc.,* 208 App.
Div. 760, affirmed.

(Argued April 15, 1924; decided May 20, 1924.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the fourth judicial
department, entered January 12, 1924, unanimously
affirming a judgment in favor of defendants entered upon
a verdict. The complaint set forth two alleged causes
of action to recover the total sum of $229,550.54. The
first cause of action was for the sum of $37,510.13, repre-
senting the contract price of automobile tires manu-
factured by the plaintiff, which tires, it is alleged, were
duly tendered to the defendant partnership who failed
and refused to accept the same. The second cause of
action was to recover the sum of $192,040.41, damages
alleged to have been sustained by the plaintiff by reason
of the alleged anticipatory breach of the contract between
the defendants and the plaintiff for the manufacture of
automobile tires, and purported to represent the differ-
ence between the cost of manufacture of said tires and
the contract price thereof. The answers deny the essential
allegations of the complaint and set up by way of defense
that the tires shipped under the contract were not
delivered in accordance with the terms thereof, and that
the tires delivered under the contract were defective in
quality, material and workmanship.

*Simon Fleischmann, Martin Clark* and *George C. Riley* for appellant.

*David L. Podell, Jacob Scholer* and *Harold L. Fierman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

ETHEL MALCOLM, Respondent, *v.* WILLIAM N. THOMAS, JR., et al., Appellants.

*Negligence — landlord and tenant — tenant injured by fall from fire escape — when complaint improperly dismissed on ground that she had no right to go thereon.*

*Malcolm* v. *Thomas,* 207 App. Div. 230, affirmed.

(Argued April 16, 1924; decided May 20, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 7, 1923, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants. Plaintiff was a tenant in a tenement house owned by defendants. During all of the period of plaintiff's tenancy the fire escape platforms were used by the various occupants, including the defendants, as a balcony on which to stand while hanging out laundry or wash to be dried. The wash lines ran from the window casements of each floor to a pole at the rear of the premises and were manipulated by pulleys. On the plaintiff's floor the fire escape had a balcony railing extending around its three outer sides with an opening of twenty-one inches in one corner. This opening had always been protected by an iron ladder which hung on a hook suspended from the fire escape attached to the third floor. Shortly before the accident one of the defendants removed the ladder without giving notice thereof to plaintiff and without her knowledge. While using the

37